IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

| | |
|---|---|
| Selective Insurance Company,<br><br>                      Plaintiffs,<br><br>vs.<br><br>Construction Systems, Inc., Town of<br>Oak Island, LS3P Associates, LTD.,<br><br>                      Defendants. | Civil Action No. 7:12-CV-163-FL<br><br>Order Staying Matter for 90 Days |

       This matter is before the Court upon consent of the parties jointly seeking an Order Staying the matter for ninety (90) days while the parties in the underlying action continue productive settlement discussions.

       This matter is a declaratory judgment action filed by plaintiff seeking a ruling that it owes no duty of defense or indemnity for a claim involving construction deficiencies in a public project in the Town of Oak Island, North Carolina. The construction lawsuit is pending in state court in North Carolina. The parties to the underlying action have experienced productive settlement negotiations that could make this matter moot. The parties to this action have jointly moved for an Order Staying this matter while the productive settlement discussions continue.

       I hereby Order that based upon good cause shown, this matter is hereby Stayed for a period of ninety (90) days to July 10, 2013 while productive settlement discussions in the

underlying action continue. The parties shall notify this Court of any significant developments and shall report back to this Court on July 10, 2013 of the status of the case.

It is So Ordered.

_____
Honorable Louise W. Flanagan
Federal District Court Judge
Eastern District of North Carolina

New Bern, North Carolina
April **12TH**, 2013

We Consent:

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Robert C. Calamari
Robert C. Calamari
Federal Bar No. 5735
E-Mail: bob.calamari@nelsonmullins.com
3751 Robert M. Grissom Parkway / Suite 300
Post Office Box 3939 (29578-3939)
Myrtle Beach, SC 29577-3165
(843) 448-3500

Attorneys for Selective Insurance Company


Crossley, McIntosh, Collier Hanley & Edes


By: /s/ Brian Edes
Brian Edes
1430 Common Wealth, Suite 202
Wilmington, NC 28403
910-762-9711
910-256-0310 (fax)
Briane@cmclawfirm.com

Attorneys for Town of Oak Island


Smith Parsons

By: /s/ Steven L. Smith
Steven L. Smith
6060 Piedmont Row Dr. South, Suite 150
Charlotte, NC 28287
704-557-9929
704-557-9932 (fax)
ssmith@smithparsons.com

Attorneys for Construction Systems, Inc.

Cranfill Sumner & Hartzog, LLP

By: /s/ John Dearman Martin
John Dearman Martin
1209 Culbreth Dr., Suite 200
Wilmington, NC 28405
910-509-9778
910-509-9676 (fax)
jmartin@cshlaw.com

Attorneys for LS3P Associates, LTD